# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIANO MARRUGO,**

              **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1773-Orl-28KRS**

**CFI RESORTS MANAGEMENT, INC.,**

              **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **CFI'S MOTION FOR LEAVE TO FILE AND SEAL CONFIDENTIAL SETTLEMENT AGREEMENT (Doc. No. 25)**
>
> **FILED:** September 29, 2006
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

The Court will not approve a settlement agreement unless it is filed in the public record. *See Stalnaker v. Novar Corp.*, 293 F. Supp. 2d 1260, 1264 (M.D. Ala. 2003). Furthermore, the motion does not comply with Local Rule 1.09 (effective May 31, 2006). In particular, the motion does not

show the "extraordinary circumstances" required to seal a settlement agreement.  The deadline for filing the settlement agreement is extended to October 9, 2006.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties