# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIANO MARRUGO,**

               **Plaintiff,**

**-vs-**                           **Case No.  6:05-cv-1773-Orl-28KRS**

**CFI RESORTS MANAGEMENT, INC.,**

               **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (Doc. No. 22)** |
| **FILED:** | **September 18, 2006** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

This cause came on for consideration after oral argument on the Joint Stipulation for Dismissal With Prejudice.  Doc. No. 22.

This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq.* In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the

payment of back wages, or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." *Id*. at 1353.

On November 17, 2006, I held a hearing to consider the fairness of the settlement. Counsel stated that under the settlement agreement, Plaintiff Mariano Marrugo would receive the full amount of past due wages sought.  Because Marrugo will receive all of the past due wages which were claimed to be due and owing, I conclude that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1354.

Accordingly, I respectfully recommend that the Court approve the settlement agreement submitted with the joint stipulation (doc. no. 22), and dismiss the case with prejudice. I also recommend that the Court direct the Clerk to close the file after an order of dismissal is entered.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 17, 2006.


*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy