**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
ORLANDO DIVISION

MARIANO MARRUGO,

Plaintiff,

-vs-                                                         Case No.  6:05-cv-1773-Orl-28KRS

CFI RESORTS MANAGEMENT, INC.,

Defendant.

_____

## ORDER

This case is before the Court on the Joint Stipulation For Dismissal With Prejudice (Doc. No. 22) filed September 18, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed November 17, 2006 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Court approves the settlement agreement submitted with the joint stipulation (Doc. 22).

3.     The motion to dismiss with prejudice is **GRANTED**. This case is dismissed with prejudice.

4.     All pending motions are **DENIED** as moot.

5.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ____8____ day of December, 2006.


JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party